**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>Petitioner,<br><br>v.<br><br>CLARK, RANDY TUCKER (P.D.),<br>D.A. ROGER INMAN, and<br>VENTURA COUNTY SUPERIOR COURT,<br><br>Respondents. | NO. LA CV 13-08600-VBF-MAN<br><br><br>RULE 58 JUDGMENT |

Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED:    April 14, 2014

*Valerie Baker Fairbank*

———————————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE